UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN SOLOMON,<br><br>    *Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>    *Defendant.* | Civil Action No. 19-2019 (TNM) |

## JOINT STATUS REPORT

Defendant, the United States Department of State ("State"), and Plaintiff, John Solomon, each by its undersigned counsel, submit this joint status report in response to the Court's Minute Order dated August 15, 2019.

1. On July 16, 2019, Plaintiff John Solomon perfected service of his complaint on Defendant alleging that State failed to respond to Freedom of Information Act ("FOIA") requests seeking records "related to contacts between Blue Star Strategies and the State Department (including the U.S. Embassy in Kiev), between American businessman Hunter Biden and the State Department (including the U.S. Embassy in Kiev), and between American businessman Devon Archer and the State Department (including the U.S. Embassy in Kiev)". Compl. at 2:¶4.

2. Defendant filed an answer on August 15, 2019, and by minute order that same day, the Court instructed the parties to "meet and confer and file a Joint Status Report proposing a schedule for proceeding in this matter" by September 6, 2019.

3. Defendant provides the following status regarding the search for records and responses to Plaintiff's FOIA requests.

4. On August 26, 2019, after conferring with Plaintiff about the date range applicable to his requests, Defendant tasked several bureaus with conducting searches for potentially

responsive records. Those bureaus are currently conducting those searches, and Defendant anticipates that those searches will be completed by the end of September. Defendant will not know the volume of potentially responsive records until the searches are complete, but will provide Plaintiff with that information as soon as possible. Defendant will begin processing records for potential release as soon as its searches are completed, and anticipates that it will be able to make an initial release of responsive, non-exempt records by October 31, 2019. At that time, Defendant will also determine an estimated schedule for a "rolling production" of additional releases of responsive, non-exempt records.

5. Defendant does not anticipate filing a motion for an *Open America* stay and believes that a *Vaughn* declaration would be appropriate if the parties are unable to reach a negotiated resolution of Plaintiff's FOIA request.

6. In light of Defendant's ongoing searches for and potential releases of records responsive to Plaintiff's request, the parties respectfully request that the Court defer the entry of a briefing schedule at this time and instead order the parties to submit another joint status report updating the Court on the status of Defendant's search and any responses to Plaintiff's FOIA requests within 60 days: on or before November 6, 2019.

\* \* \*

Respectfully submitted,

/s/ *Adam R.F. Gustafson*
Adam R.F. Gustafson, (D.C. Bar #1010952)
Boyden Gray & Associates P.L.L.C.
801 17th St. NW, Ste. 350
Washington, DC 20006
Telephone: (202) 955-0620
Facsimile: (202) 955-0621
gustafson@boydengrayassociates.com

/s/ *Kimberly S. Herman*
Kimberly S. Hermann (GA Bar No. 646473)
(*pro hac vice* pending)
Southeastern Legal Foundation
560 W. Crossville Rd., Ste. 104
Roswell, GA 30075
Telephone: (770) 977-2131
Facsimile: (770) 977-2134
khermann@southeasternlegal.org

*Counsel for Plaintiff*

Dated: September 6, 2019.

JESSIE K. LIU, D.C. Bar #472845 
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:   /s/ *Paul A. Mussenden*
PAUL A. MUSSENDEN
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 7874
Paul.Mussenden@usdoj.gov

*Counsel for Defendants*